UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x :

ANHUI JOYFUL MANUFACTURING &
TRADING CO., LTD AND
ANHUI IMPORT AND EXPORT CO., LTD,

Case No: 1:23-cv-08070-PKC

                Plaintiffs,

-against-

M.I.S.S. SPORTWEAR, INC., AND
THE MISS GROUP,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x :

~~[PROPOSED]~~
**FINAL JUDGMENT**

**WHEREAS**, on or about September 12, 2023, Plaintiffs Anhui Joyful Manufacturing & Trading Co., Ltd. ("Anhui Joyful") and Anhui Import and Export Co., Ltd. ("Aniec") (collectively, the "Plaintiffs") commenced this action alleging (1) breach of contract, (2) account stated, and (3) goods sold and delivered against Defendants M.I.S.S. Sportwear, Inc. and The Miss Group (collectively, the "Defendants") (ECF Doc. No. 1);

**WHEREAS**, on or about November 1, 2023, Defendants filed their Answer and Affirmative Defenses with a Counterclaim for breach of contract against Plaintiffs (ECF. Doc. No. 14);

**WHEREAS**, upon the Declaration of Leon Lee dated April 12, 2024, the exhibits thereto, the Declaration of Peter J. Sluka, dated April 12, 2024, the exhibits thereto, the Statement of Material Facts, the Memorandum of Law, and upon all of the pleadings and prior proceedings, Plaintiffs filed a motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on their claims for breach of contract, account stated, and goods sold and delivered (ECF. Doc. No. 23);

**WHEREAS,** on or about March 21, 2025, the Hon. P. Kevin Castel issued an Opinion and Order granting Plaintiffs' motion for summary judgment as to their breach of contract claim and dismissing Plaintiffs' account stated and goods sold and delivered claims as duplicative of the breach of contract claim (ECF. Doc. No. 35);

**WHEREAS,** upon the Declaration of Peter J. Sluka, dated July 14, 2025, the exhibits thereto, the Statement of Material Facts, the Memorandum of Law, and upon all of the pleadings and prior proceedings, Plaintiffs filed an unopposed motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on Defendants' counterclaim for breach of contract and pursuant to Rule 15 of the Federal Rules of Civil Procedure for the Court to grant Plaintiffs leave to serve and file an Amended Complaint to join additional parties (ECF. Doc. No. 39);

**WHEREAS,** on or about April 2, 2025, the Hon. P. Kevin Castel issued an Order granting Plaintiffs' motion for summary judgment dismissing Defendants' counterclaim for breach of contract and denying Plaintiffs' motion to amend the Complaint without prejudice (ECF. Doc. No. 40).

**NOW,** therefore, it is hereby:

**ORDERED, ADJUDGED and DECREED,** that the clerk of the court is directed to enter judgment in favor of Anhui Joyful Manufacturing & Trading Co., Ltd. and against Defendants M.I.S.S. Sportwear, Inc. and The Miss Group, jointly and severally, in the sum of $701,670.20, plus (i) statutory pre-judgment interest at the rate of 9% percent per annum from August 2, 2023, the earliest ascertainable date a cause of action accrued, to April 9, 2026, in the total amount of $169,727.29, plus ~~(ii) statutory pre-judgment interest at a per-diem rate of $173.01 for each day~~ ~~between April 10, 2026 and the date of this Judgment, totaling_____~~ ; and it is hereby

*PKC*

2

**ORDERED, ADJUDGED and DECREED,** that the clerk of the court is directed to enter judgment in favor of Anhui Import and Export Co., Ltd. and against Defendants M.I.S.S. Sportwear, Inc. and The Miss Group, jointly and severally, in the sum of $1,706,760.18, plus (i) statutory pre-judgment interest at the rate of 9% percent per annum from August 2, 2023, the earliest ascertainable date a cause of action accrued, to April 9, 2026, in the total amount of $412,848.92, plus (ii) statutory pre-judgment interest at a per diem rate of $420.84 for each day between April 10, 2026 and the date of this Judgment, totaling _____ ; and it is hereby

*PKC*

**ORDERED, ADJUDGED and DECREED,** that Plaintiffs Anhui Joyful Manufacturing & Trading Co., Ltd. and Anhui Import and Export Co., Ltd. shall recover and have execution therefor.

**ORDERED, ADJUDGED and DECREED,** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**ORDER AND JUDGMENT** signed and entered this 10th day of April , 2026.

_____
Hon. P. Kevin Castel

FF\50627706.2

3